**Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00818-CV

_____

## IN THE MATTER OF THE VEIT JOHNNES BRIMER AND NATALIA ERSHOVA BRIMER

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-01507**

## ORDER

This appeal is from a judgment signed July 12, 2016. The district clerk notified this court that the trial court granted a motion for new trial filed by appellant Natalie Ershova Brimer. The clerk's record has not been filed. Accordingly, the Harris County District Clerk is directed to file a partial clerk's record by **December 19, 2016**, containing (1) the trial court's judgment; (2) the motion for new trial; and (3) the trial court's ruling on the motion for new trial.

PER CURIAM